UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
_____ORLando_____ Division

**CIVIL RIGHTS COMPLAINT FORM**

_Gary Lee Wheeler_

_____

_____

_____

(Enter **full name** of each **Plaintiff(s)** and
prison number, if applicable)

v.

_Michael Tidwell_

_Officer Gillespie_

_____

_____

(Enter **full name** of each **Defendant(s)**. If
additional space is required, use the blank
area directly to the right).

CASE NUMBER: 6:01-CV-10-ORL-22 DAB
(To be supplied by Clerk's Office)

_Reserving Any Future_
_defendant's That Discovery_
_may disclose As being A_
_Responsible PARTY_

---

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I. **PLACE OF PRESENT CONFINEMENT:** _Osceola County Jail_
(Indicate the name and location)

_402 Simpson Road, Kissimmee FL 34744_.

II. **DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING ON OR AFTER MARCH
25, 1992, IN THE FLORIDA DEPARTMENT OF CORRECTIONS?**

Yes (   )          No ⊠

[If your answer is **NO**, proceed to question III.  If your
answer is **YES**, answer all the questions in II and proceed to
question IV.]

- 1 -

DC 225
Rev. 4/92

QUESTION II (CONTINUED)

EXHAUSTION OF ADMINISTRATIVE REMEDIES:   Exhaustion of administrative remedies pursuant to Fla. Admin. Code Chapter 33-29 is required prior to pursuing a civil rights action concerning events occurring on or after March 25, 1992, in the Florida Department of Corrections.   Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion.   (Each Plaintiff must complete a separate Section II if the Complaint concerns events occurring on or after March 25, 1992, in the Florida Department of Corrections.)

## EXHAUSTION STEPS REQUIRED:

### Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature

1.   Grievance to Superintendent or to the Office of Secretary (Form DC1-303)
2.   If Emergency/Reprisal/Sensitive nature status denied:
   a.   Informal Grievance (Form DC3-005)
   b.   Formal Grievance (Form DC1-303)
   c.   Appeal to the Office of Secretary (Form DC1-303)

### General Grievance

1.   Informal Grievance (Form DC3-005)
2.   Formal Grievance (Form DC1-303)
3.   Appeal to the Office of Secretary (Form DC1-303)

### Disciplinary Action Grievance

1.   Disciplinary Hearing
2.   Formal Grievance (Form DC1-303)
3.   Appeal to the Office of Secretary (Form DC1-303)

- 2 -

DC 225
Rev. 4/92

QUESTION II (CONTINUED)

Questions:

A.  **Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature** (Request for Administrative Remedy or Appeal, by-passing the informal grievance step).

   1.  Did you submit an above-mentioned grievance to the Superintendent and/or to the Office of Secretary (Form DC1-303)?

      Yes (    )                    No (    )

   2.  If so, you must attach a copy of the grievance and response to this complaint form.

   3.  Were you denied emergency status?

      Yes (    )                    No (    )

      a.  If so, did you go through the informal grievance, formal grievance and appeal process?

         Yes (    )                    No (    )

      b.  If so, you must attach copies of the grievances/appeals and responses to this complaint form.

B.  **Informal Grievance** (Request for Interview)

   1.  Did you submit an informal grievance (Form DC3-005)?

      Yes (    )                    No (    )

   2.  If so, you must attach a copy of the grievance and response to this complaint form.

C.  **Formal Grievance** (Request for Administrative Remedy or Appeal)

   1.  Did you have a disciplinary hearing concerning this matter?

      Yes (    )                    No (    )

- 3 -

DC 225
Rev. 4/92

**QUESTION II (CONTINUED)**

2.   If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this complaint form.

3.   Did you submit a formal grievance (Form DC1-303)?

     Yes (   )                          No (   )

4.   If so, you must attach a copy of the grievance and response to this complaint form.

D.   <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1.   Did you submit an appeal to the Office of the Secretary (Form DC1-303)?

     Yes (   )                          No (   )


2.   If so, you must attach a copy of the appeal and response to this complaint form.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO QUESTION II ARE TRUE AND CORRECT.**

Signed this _29th_ day of _December_ , _2000_

_____
Signature of Plaintiff

III.  <u>**DOES YOUR COMPLAINT CONCERN EVENTS IN THE FLORIDA DEPARTMENT OF CORRECTIONS PRIOR TO MARCH 25, 1992, IN A COUNTY JAIL, OR PRIOR TO CONFINEMENT?**</u>

          Yes (✕)                          No (   )

If your answer is **YES**, answer the following questions.

(A)  Is there a grievance procedure at your institution or jail?

          Yes (✕)                          No (   )

(B)  Did you present the facts relating to your complaint in the grievance procedure?  Yes (✕)  No (   )

(C)  If your answer is **YES**:

- 4 -

DC 225
Rev. 4/92

(1)  What steps did you take? *Filed multiple Request Forms, Complaint Forms And Grievance Forms*

(2)  What were the results? *All were denied, issues were NOT Addressed or properly Answered And Administration does not follow Their Grievance Procedu*

(D)  If your answer is NO, explain why not: *N/A*

---

IV.  **PREVIOUS LAWSUITS:**

(A)  Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?     Yes ( )     No (X)

(B)  Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?     Yes ( )     No (X)

(C)  If your answer to either (A) or (B) is YES, describe each lawsuit in the space provided below.  If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

(1)  Parties to previous lawsuit: *N/A*

Plaintiff(s): *N/A*

Defendant(s): *N/A*

(2)  Court (if federal court, name the district; if state court, name the county): *N/A*

(3)  Docket Number: *N/A*

(4)  Name of judge: *N/A*

(5)  Briefly describe the facts and basis of the lawsuit: *N/A*

- 5 -

DC 225
Rev. 4/92

(6)   Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _N/A_____

_____

(7)   Approximate filing date: _N/A_____

(8)   Approximate disposition date: _N/A_____

V.   **PARTIES:** In Item (A) below, indicate your **full name** in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the complaint (if any) in Item (B) below:

(A)   **Name of Plaintiff:** _Gary Lee Wheeler_____

   **Mailing address:** _P.O. Box 451450, Kissimmee FL 3474?_

(B)   **Additional Plaintiffs:** _____

_____

In Item (C) below, indicate the **full name** of the first named Defendant. Also, fill in his mailing address, position, and where he is employed. For any additional Defendants, use Items (D) through (G) for the names, addresses, positions, and places of employment:

(C)   **Defendant:** _Michael Tidwell_____

   **Mailing Address:** _402 Simpson Rd_____
   _Kissimmee FL 34744_____

   **Position:** _Director of County Jail_____

   **Employed at:** _Osceola County Jail, Kissimmee Fl._

(D)   **Defendant:** _Officer Gillespie_____

   **Mailing Address:** _402 Simpson Road_____
   _Kissimmee FL. 34744_____

   **Position:** _C/o over Law Library and mail_____

   **Employed at:** _Osceola County Jail, Kissimmee Fl._

- 6 -

**DC 225**
**Rev. 4/92**

(E)   Defendant: _____

      Mailing
      Address: _____

      _____

      Position: _____

      Employed at: _____

(F)   Defendant: _____

      Mailing
      Address: _____

      _____

      Position: _____

      Employed at: _____

(G)   Defendant: _____

      Mailing
      Address: _____

      _____

      Position: _____

      Employed at: _____

VI.   **STATEMENT OF CLAIM:**   State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific.   If you intend to allege a number of related claims, set forth each claim in a separate paragraph.   If the claims are not related to the same basic incident or issue, each claim must be addressed in a separate Civil Rights Complaint Form.

Denial of plaintiffs Constitutional Right To meaningful Access To The Courts under U.S.C.A. Amends 6 And 14

_____

_____

_____

- 7 -

DC 225
Rev. 4/92

**VII.** **STATEMENT OF FACTS:**  State as briefly as possible the FACTS of your case.  Describe how each defendant was involved.  <u>Do not make any legal arguments or cite any cases or statutes.</u>  State with as much specificity as possible the facts in the following manner:

(1)  Name and position of person(s) involved.
(2)  Date(s).
(3)  Place(s).
(4)  Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
(5)  Nature and extent of injury (i.e. physical injury or how you were harmed by the acts of the defendant(s)).

Michael Tidwell, Director of Osceola County Jail and officer Gillespie, C/o over Law Library at the Osceola County Jail, Begianing on 11-30-2000 to the present date, have denied the plaintiff Any Access to the Law Library what-so-ever. The Jail provides No Legal "Lawyer" Assistance for pro se inmates Nor do they have "Any" Trained Staff Such As a paralegal or even a certified law Clerk To Assist in legal Research and preparation of forms And motions To the Court. officer Gillespie Claims That it is michael Tidwells New Jail policy That No inmate is permitted use of the Law Library Which is Severely inadequate At best. However, MR Gillespie has gone even further than This in house order by denying The plaintiff Copies of Case Law That The Library does have. I.E. S. Ct And So. 2d. case Law Showing malicious intent And wanton, willful indifference to The Rights of others And a willful intent To Cause

— 8 —

DC 225
Rev. 4/92

injury or loss by willfully denying pro se inmates access to the law library and any materials therein which ultimately denies any pro se petitioner meaningful access to the courts. Without access to a "fully adequate" law library, this pro se plaintiff/petitioner will also be denied the opportunity to prosecute this civil complaint properly and according to civil proceedure thereby causing further damage.

**VIII. RELIEF REQUESTED:** State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

The court to order the jail to provide a "fully adequate" law library to the same standard as the public defenders office is provided with to be operated by no less than a certified paralegal and law clerk for assistance to pro se inmates with a minimum of 20 hours a week access to same. And, 100,000.00 individually and collectively to each defendant for wanton willful reckless indifference to the rights of others as punitive damages

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this _29th_ day of _December_ , ~~19~~ 2000.

_Gary Lee Wheeler_
_____
_____
**(Signatures of all Plaintiffs)**

- 9 -

**DC 225**
**Rev. 4/92**