

FILED

01 JAN 26 PM 1:09

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

GARY LEE WHEELER,

      Plaintiff,

-vs-                                    Case No. 6:01-cv-010-Orl-22DAB

MICHAEL TIDWELL,

      Defendant.

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION FOR REHEARING (Doc. No. 4)** |
| **FILED:** | **January 19, 2001** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida this 26th day of January, 2001.

ANNE C. CONWAY
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 1/24
Gary Lee Wheeler